**Order entered July 13, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00562-CV

**CITY OF RICHARDSON, TEXAS, Appellant**

**V.**

**DEBORAH SLAVER, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-10490**

## ORDER

Before the Court is appellant's July 11, 2018 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on July 11, 2018 filed as of the date of this order.

/s/     ADA BROWN
           JUSTICE